IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re:

| | | |
|---|---|---|
| MARK HODGES, | ) | Case No.: 05 B 62676 |
| Debtor | ) | Judge Goldgar |
| | ) | |

NOTICE OF CONTINUED MOTION

TO:  Mark Hodges                    Sabrina Herrell              Glenn Stearns
     2575 Waukegan Ave.             11416 South Prairie          4343 Commerce Court
     Highland Park, Illinois        Suite 300                    Suite 120
     60035                          Chicago, IL  60628           Lisle, IL 60532

You are hereby notified that on March 31, 2006, at 11:00 AM, or as soon after as I may be heard, I will appear before the Honorable Judge Goldgar or any judge who may be presiding in his place and stead, in Room 206 of the Annex Building at the Lake County Courthouse, 18 North County Street, Waukegan, Illinois, and I will then and there present the attached:

MOTION FOR RELIEF FROM AUTOMATIC STAY

/s/ KIMBERLY J. WEISSMAN
Kimberly J. Weissman
Attorney at Law
633 Skokie Blvd., #400
Northbrook, Illinois 60062
(847) 480-0880

PROOF OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK   )

I,  Kimberly J. Weissman, being duly sworn on oath, state that I served this notice and attached motion upon all parties named in this notice, electronically for those accepting and/or by placing copies of same in an envelope addressed as indicated above and depositing it in the US Mail, proper postage prepaid, at 633 Skokie Blvd., Northbrook, Illinois before 5:00 P.M., on this day, March 10, 2006.

/s/ KIMBERLY J. WEISSMAN
KIMBERLY J. WEISSMAN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re:

    MARK HODGES,          )    Case No.: 05 B 20934
               Debtor    )    Judge Goldgar
                              )

MOTION TO LIFT THE AUTOMATIC STAY

NOW COMES the movant, , by KIMBERLY J. WEISSMAN, ESQ., its attorney, and pursuant to Bankruptcy Code 362(d), moves for relief from the automatic stay. In support of its motion, CIT GROUP/Sales Financing, states as follows:

1. On October 16, 2005, MARK HODGES, the Debtor herein voluntarily filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. On November, 2001, the Debtor signed a promissory note to Creditor for the purchase of the property located at 2575 Waukegan, Highland Park, Illinois.  (A copy of the Note is attached hereto).

3. Pursuant to said Note, the Debtor is in arrears in their monthly payments to Creditor for a partial month of December, 2005, in the amount of $3,266.02 and for the full months of January, February, and continuing in the amount of $9,802.04.  The debtor remains indebted to CIT GROUP/CONSUMER FINANCE, INC. the principal balance in the amount of $430,425.20, with interest due in the amount of $107,319.69 through February 23, 2006.

4. The debt is secured under said Note by the property located at 2575 Waukegan Road, Highland Park, Illinois.  (A copy of the Mortgage is attached hereto).

5.    That there is no equity in the property over and above the liens of the secured creditor, unpaid real estate taxes and other liens of record.  Creditor does not have protection from the debtor in the form of money payments or other security pending this Chapter 13 case.

6.    That the interest of CIT GROUP/CONSUMER FINANCE, INC. would be irreparably harmed by continuation of such a stay.

WHEREFORE, CIT GROUP/CONSUMER FINANCE, INC., prays that this Honorable Court enter an order granting it relief from the automatic stay for the purpose of proceeding with a foreclosure action in State court for the property located at 2575 Waukegan, Highland Park, Illinois., and for the trustee to abandon his interest as well.

        Respectfully submitted,

        CIT GROUP/CONSUMER FINANCE, INC.


        BY: /s/ KIMBERLY J. WEISSMAN
            KIMBERLY J. WEISSMAN
            Attorney at Law

KIMBERLY J. WEISSMAN
633 Skokie Blvd.
Suite 400
Northbrook, Illinois  60062
(847) 480-0880